UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT FULTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1390 RWS |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| MENTAL HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Plaintiff has filed a motion for leave to "resubmit plaintiff's opposition and objections to defendant Missouri Department of Mental Health's answer to plaintiff's complaint." The proposed motion has not been filed as an exhibit to the motion for leave, so leave to file will be denied. The Court will not grant leave to file any document unless the proposed document is attached for the Court's review. The motion for leave will also be denied under Rule 7(a) of the Federal Rules of Civil Procedure as "objections to an answer"' are not permitted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to resubmit his opposition and objections to defendant's answer [#25] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2007.