UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT FULTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1390 RWS |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| MENTAL HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file a reply brief in excess of 15 pages [#54] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of August, 2008.